UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
**EASY FACTORY, LTD.,**
:
:
                  **Plaintiff,**      :      24-cv-08248 (ALC)
:
              -against-      :      **ORDER**
:
**VERY GREAT INC, and W&P, INC.,**
:
:
                  **Defendants.**    :
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      Per the Court's Individual Practices, Defendants' response to Plaintiff's Letter Motion filed at Dkt. No. 19 on April 16, 2025, was due to be filed no later than April 21, 2025 and is now past due. Any opposition to Plaintiff's Letter Motion shall be filed by Defendants no later than **Monday, May 26, 2025**. Any reply by Plaintiff shall be filed no later than **Wednesday, May 29, 2025**.

**SO ORDERED.**

**Dated:**   May 22, 2025
           New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**