**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

EASY FACTORY LTD.,

Plaintiff,

24 **CIVIL** 8248 (ALC)

-against-

# JUDGMENT

VERY GREAT INC. and W&P INC.,

Defendants.

----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 09, 2026, Easy Factory, Ltd.'s Motion to Enforce Settlement Agreement and Enter Judgment is GRANTED. The parties' Settlement Agreement and Confession of Judgment given by Very Great, Inc. to Easy Factory, Ltd. as part of this settlement are enforced, and judgment is entered against Defendant Very Great, Inc. in the amount of $1,781,821.88, plus prejudgment interest accruing at New York's 9% statutory interest rate in the amount of $221,873.44.

**Dated:** New York, New York

August 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**